Hoskins v Hoskins
2026 NY Slip Op 03596
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

BETH L. HOSKINS, INDIVIDUALLY AND ON BEHALF OF THE JOHN T. HOSKINS LIVING TRUST AND THE SUSAN S. HOSKINS LIVING TRUST, PLAINTIFF-APPELLANT,
v
JOHN T. HOSKINS, JR., DEFENDANT-RESPONDENT, ET AL., DEFENDANTS.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
520 CA 25-01820
Present: Lindley, J.P., Montour, Ogden, And Nowak, JJ.

ADAMS LECLAIR LLP, ROCHESTER (ANTHONY J. ADAMS, JR., OF COUNSEL), FOR PLAINTIFF-APPELLANT.
BARCLAY DAMON LLP, BUFFALO (JAMES P. MILBRAND OF COUNSEL), FOR DEFENDANT-RESPONDENT.

Appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered October 16, 2025. The order, insofar as appealed from, denied in part the motion of plaintiff for partial summary judgment.
[*1]
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court